## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MALIQUE ADONIS GREEN,<br><br>  Petitioner,<br><br>  v.<br><br>CITY OF LAS VEGAS MUNICIPAL COURT,<br><br>  Respondent. | Case No. 2:14-cv-01486-RFB-VCF<br><br>**ORDER** |

This is a habeas matter filed pursuant to 28 U.S.C. § 2241. On January 16, 2015, the court directed petitioner, within thirty (30) days, to show cause and file such proof as he may have to demonstrate why the petition should not be dismissed without prejudice for lack of exhaustion and why it should not be dismissed based upon the abstention doctrine in *Younger v. Harris*, 401 U.S. 37 (1971) (ECF #2). The order was served on petitioner at his address of record. On February 5, 2015, that order was returned by the U.S. Postal Service as undeliverable (*see* ECF #3).

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Petitioner has not filed a notice of change of address or contacted the court in any manner. Accordingly, this action shall be dismissed.

/ / /

/ / /

1

1   **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice.

2   **IT FURTHER IS ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

**DATED** this 7th day of May, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**